**DISMISS; and Opinion Filed August 23, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00469-CR

**DARRAN DEWAYNE HOPKINS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F11-35201-I**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice O'Neill

Darran Dewayne Hopkins was convicted by a jury of aggravated robbery. Punishment, enhanced by one prior felony conviction, was assessed at thirty-seven years' imprisonment. Appellant filed a timely motion for new trial and notice of appeal. The Court now has before it appellant's motion to dismiss the appeal on the basis that appellant's motion for new trial was granted by the trial court.

An order granting a motion for new trial restores a case to its position before the former trial and there is no longer a judgment in place. *See* TEX. R. APP. P. 21.9(b); *Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.). Absent a judgment of conviction, we have no jurisdiction over the appeal. *See Waller*, 931 S.W.2d at 664. Accordingly, we grant appellant's motion to dismiss the appeal.

We dismiss the appeal for want of jurisdiction.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130469F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DARRAN DEWAYNE HOPKINS,
Appellant

No. 05-13-00469-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F11-35201-I.
Opinion delivered by Justice O'Neill.
Justices Francis and Fillmore participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 23rd day of August, 2013.

/Michael J. O'Neill/

MICHAEL J. O'NEILL
JUSTICE